

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FABENS INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00081-CV |
| | § | Appeal from the |
| Appellant, | § | 448th District Court |
| | § | |
| v. | § | of El Paso County, Texas |
| ROSEMARY CEBALLOS, | § | (TC# 2012-DCV-05097) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.